

# Notice of Service of Process

**null / ALL**
**Transmittal Number: 33295955**
**Date Processed: 02/11/2026**

| | |
|---|---|
| **Primary Contact:** | Elizabeth Seabrook<br>Airbnb<br>888 Brannan St<br>San Francisco, CA 94103-4928 |
| **Electronic copy provided to:** | Tracy Jones<br>Carolina Reyes-Ouk<br>Bryan Widro<br>Meredith Compton<br>Puneet Kapri<br>Denissa Juarez<br>Avinash Pandey<br>Lucy Wang<br>Darina Shtrakhman<br>Alexander Rogosa<br>Rochelle Lewis<br>Viraj Telang<br>Andrew Sims<br>Homaira Hosseini<br>Diane Hinrichs<br>Devin Dimeo-Ediger<br>Tracy Trimble<br>Sarah Popal |

| | |
|---|---|
| **Entity:** | Airbnb, Inc.<br>Entity ID Number  3292578 |
| **Entity Served:** | Airbnb Rpg Inc |
| **Title of Action:** | Nohemi Magali Garcia vs. Airbnb, Inc. |
| **Matter Name/ID:** | Nohemi Magali Garcia vs. Airbnb, Inc. (18602415) |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Personal Injury |
| **Court/Agency:** | Harris County District Court, TX |
| **Case/Reference No:** | 2026-05076 |
| **Jurisdiction Served:** | California |
| **Date Served on CSC:** | 02/10/2026 |
| **Answer or Appearance Due:** | 10:00 a.m. on Lhe Monday next following the expiration date of 20 days after you were served |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| Sender Information: | KGS Law Group<br>281-962-7772 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

Ex. A

CAUSE NO. 202605076

COPY OF PLEADING PROVIDED BY PLT

RECEIPT No. 1083667   TR# 74603963
EML

| Plaintiff:<br>GARCIA, NOHEMI MAGALI<br>vs.<br>Defendant:<br>AIRBNB INC | In The 080th<br>Judicial District Court of<br>Harris County, Texas<br>201 CAROLINE<br>Houston, Texas |
|---|---|

CITATION (NON-RESIDENT CORPORATE)

THE STATE OF TEXAS
County of Harris

To:    AIRBNB RPG INC (A TEXAS CORPORATION) MAY BE SERVED WITH SERVICE OF PROCESS BY SERVING THEIR REGISTERED AGENT | CORPORATION SERVICE COMPANY D/B/A IN CALIFORNIA AS CSC – LAWYERS INCORPORATING SERVICES
2710 GATEWAY OAKS DRIVE SUITE 150N, SACRAMENTO CA 95833
OR WHEREVER HE/SHE/IT MAY BE FOUND

    Attached is a copy of: PLAINTIFF'S ORIGINAL PETITION

This instrument was filed on January 23, 2026 in the above cited cause number and court. The instrument attached describes the claim against you.

    YOU HAVE BEEN SUED.  You may employ an attorney.  If you or your Attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration date of 20 days after you were served this citation and petition, a default judgment may be taken against you.  In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit.  These disclosures generally must be made no later than 30 days after you file your answer with the clerk.  Find out more at TexasLawHelp.org.

TO OFFICER SERVING:

    This citation was issued on January 29, 2026, under my hand and seal of said court.

Issued at the request of:

GARCIA, ABRAHAM
150 W. PARKER RD., STE. 705-B
HOUSTON, TX  77076
281-962-7772
Bar Number: 24078005



*Marilyn Burgess*

Marilyn Burgess, District Clerk

Harris County, Texas
201 CAROLINE, Houston, TX 77002
(PO  Box  4651,  Houston,  TX 77210)

Generated By: PATRICIA JONES

Tracking Number: 74603963
EML

CAUSE NUMBER: 202605076

| | |
|---|---|
| PLAINTIFF: GARCIA, NOHEMI MAGALI | In the 080th |
| vs. | Judicial District Court of |
| DEFENDANT: AIRBNB INC | Harris County, Texas |

OFFICER - AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock ___. M. on the _____ day of _____,
20_____. Executed at

(Address)_____
_____ in

_____ County .at  o'clock ___. M. On the _____ day of
_____, 20_____, by

Delivering to _____defendant, in person, a true
copy of this Citation together with the accompanying _____ copy(ies) of the Petition.
Petition attached thereto and I endorsed on said copy of the Citation the date of delivery.

To   certify   which   I   affix   my   hand   officially   this   _____day   of
_____, 20.

Fees $_____

_____

By_____
            Affiant                                                          Deputy

On this day, _____, known to me to be the
person whose signature appears on the foregoing return, personally appeared. After being by
me duly sworn, he/she stated that this citation was executed by him/her in the exact manner
recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, On this _____ day of _____,
20__

_____          Notary Public

1/23/2026 4:39 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 110431191
By: Patricia Jones
Filed: 1/23/2026 4:39 PM

## 2026-05076 / Court: 80

### CAUSE NO. _____

| | | |
|---|---|---|
| NOHEMI MAGALI GARCIA, *Plaintiff* | § § § § | IN THE DISTRICT COURT OF |
| VS. | § § § § | HARRIS COUNTY, TEXAS |
| AIRBNB, INC., AIRBNB RPG, INC. *Defendant* | § § | _____ JUDICIAL DISTRICT |

### PLAINTIFF'S ORIGINAL PETITION

NOW COMES, Plaintiff, NOHEMI MAGALI GARICA and files this Original Petition against defendant, AIRBNB, INC., AIRBNB RPG, INC., and for cause would respectfully show the following:

### I. DISCOVERY CONTROL PLAN LEVEL

1.    Pursuant to Texas Rule of Civil Procedure 190.1, discovery level II. Plaintiff affirmatively plead that this case is, on its facts, not appropriate for prosecution under the expedited actions process under Texas Rule of Civil Procedure 169.

### II. PARTIES AND SERVICE

2.    Plaintiff, NOHEMI MAGALI GARCIA is an individual residing in Harris County, Texas.

3.    Defendants, AIRBNB, INC., AIRBNB RPG, INC., is a Texas corporation and may be served with process with their registered agent, Corporation Service Company d/b/a in California as CSC – Lawyers Incorporating Services at 2710 Gateway Oaks Drive Suite 150N, Sacramento, California 95833. or wherever he/she/it may be found.

### III. JURISDICTION AND VENUE

4.    The subject matter in controversy is within the jurisdictional limits of this court.

Unofficial Copy Office of Marilyn Burgess District Clerk

5.     This court has jurisdiction over Defendants because they are Texas entities.

6.     Venue is proper in Harris County, Texas; pursuant to Section 15.002 (s) (1) of the Texas Civil Practice and Remedies Code because all or a substantial part of the events or omissions occurred in this county.

## IV. FACTS

7.     On or about February 3, 2024, Plaintiff was an invitee on Defendant's premises, operating the bunk bed in a reasonable and prudent manner, exercising care for her safety, and the safety of others. The incident occurred when the Plaintiff fell at 1301 E. Oak Street Marfa, TX 79843, on Defendant's premises.  Plaintiff fell due a defective bunk bed stair given to Plaintiff by Defendant. The defective bunk bed posed an unreasonably dangerous condition. Defendant had actual and/or constructive knowledge of the defective bunk bed. Defendant failed to warn Plaintiff of the condition or make the condition safe in the first place by not providing a defective bunk bed to a customer. Defendant was in the best position to eliminate and/or warn of this unreasonably dangerous condition. Defendant's breach of its duty proximately caused Plaintiff's injuries.

## V. PLAINTIFF'S CLAIM OF NEGLIGENCE AGAINST DEFENDANT

8.     At the time of the accident, Defendant negligently failed to maintain their premises in a safe and reasonable manner. Defendant had a duty to exercise ordinary care and reasonably and prudently maintain their premises safe for all people on the property. Defendant breached that duty in one or more way, each of which singularly or in combination with others was the proximate cause of the occurrence in question.

9.     In addition, Defendants do not have in place policies or procedures that require, instruct, or direct it employees in making the premises reasonably safe. If such policies or procedures exist, then Defendants failed to enforce them. Defendants failed to train their employees in

2

making the premises safe. And Defendants further failed to properly and adequately supervise and oversee its premises so as to prevent occurrences such as this one.

## VI. PLAINTIFF'S CLAIM OF PREMISES LIABILITY AGAINST DEFENDANT

10. The Defendant had a duty to exercise the ordinary care of a premises operator and landlord to business invitees, i.e., the Plaintiff. The Defendant failed to make their premises safe for everyone entering the premises, including guests, invitees, and patrons. Defendant had actual and/or construction knowledge of this condition and failed to make safe or warn Plaintiff of the dangerous condition posed on Defendant's floor. This condition was not open or obvious, and Defendant was in the best position to make the condition safe.

## VII. DAMAGES FOR PLAINTIFF

11. As a direct and proximate result of the occurrence made the basis of this lawsuit, Plaintiffs NOHEMI MAGALI GARCIA, was caused to suffer serious bodily injuries, and to incur the following damages for which Plaintiffs seeks monetary relief of over $250,000.00 but not more than $1,000,000.00:

A. Reasonable medical care and expenses in the past. These expenses were incurred by Plaintiffs, NOHEMI MAGALI GARCIA for the necessary care and treatment of the injuries resulting from the accident and/or the aggravation of prior injuries and such charges are reasonable and were usual and customary charges for such services in Harris County, Texas;

B. Reasonable and necessary medical care and expenses, which will in all reasonable probability be incurred in the future;

C. Physical pain and suffering in the past;

D. Physical pain and suffering in the future;

E. Physical impairment sustained in the past;

F. Physical impairment sustained in the future;

G. Loss of earnings in the past;

H. Loss of earning capacity which will, in all probability, be incurred in the future;

3

I.    Mental anguish in the past; and

J.    Mental anguish in the future.

## VIII. REQUIRED DISCLOSURE

12.    Pursuant to Texas Rule of Civil Procedure 194(a), each Defendant is required to disclose, within thirty (30) days of the filing of the first answer, the information or material described in Rule 194.2(b)1-12. Any Defendant that is served or otherwise joined after the filing of the first answer must make their initial disclosures within thirty (30) days after being served or joined.

## X. PRAYER

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff, NOHEMI MAGALI GARCIA, respectfully pray that the Defendant be cited to appear and answer herein, and that upon a final hearing of the cause, judgment be entered for the Plaintiff and against Defendant for damages in an amount within the jurisdictional limits of the Court; together with pre-judgment interest (from the date of injury through the date of judgment) at the maximum rate allowed by law; post-judgment interest at the legal rate, costs of court; and such other and further relief to which the Plaintiffs may be entitled at law or in equity.

Respectfully Submitted,

4

**KGS LAW GROUP**

By: /s/ Khalid R. Aboujamous

Khalid R. Aboujamous
State Bar No. 24143556
Brandon A. Kinard
State Bar No. 24079744
Abraham Garcia
State Bar No. 24078005
Carlos A. Saldaña
State Bar No. 24086403
150 W Parker Rd, Suite 705-B
Houston, Texas 77076
Telephone No. (281) 962-7772
Facsimile No. (281) 962-7773
E-Service and Correspondence Email:
service8@kgslawpllc.com
**ATTORNEY FOR PLAINTIFF**

Unofficial Copy Office of Marilyn Burgess District Clerk

5

## Automated Certificate of eService

This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

BRANDON KINARD on behalf of ABRAHAM GARCIA
Bar No. 24078005
service@kgslawpllc.com
Envelope ID: 110431191
Filing Code Description: Petition
Filing Description: Plaintiffs Original Petition
Status as of 1/27/2026 8:22 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Khalid R.Aboujamous | | service8@kgslawpllc.com | 1/23/2026 4:39:59 PM | SENT |